IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ASHLEY PIERRELOUIS, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | Case No. 1:18-cv-4473 |
| Plaintiffs, | ) ) | Judge Jorge L. Alonso |
| v. | ) ) | |
| GOGO INC., MICHAEL J. SMALL, OAKLEIGH THORNE, NORMAN SMAGLEY, BARRY ROWAN, and JOHN WADE, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION OF MICHAEL NOONAN AND GEHAD BISHARAT FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD PLAINTIFFS' SELECTION OF COUNSEL

Michael Noonan and Gehad Bisharat ("Movants"), by their counsel, respectfully move this Court, on a date and at such time as may be designated by the Court, for an Order: (i) appointing Movants as Lead Plaintiffs; and (ii) approving Movants' selection of The Rosen Law Firm, P.A. as Lead Counsel and Wolf Haldenstein Adler Freeman & Herz LLC as Liaison Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this motion, Movants submit herewith a memorandum of law and declaration, along with attached exhibits, in support of this motion.

WHEREFORE, the Movants respectfully request this Court grant Movants' motion as described herein.

Dated: August 27, 2018                    Respectfully submitted,

/s/*Carl V. Malmstrom*
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
70 W. Madison St., Suite 1400
Chicago, IL 60602
Tel: (312) 984-0000
Fax: (312) 214-3110
malmstrom@whafh.com

Proposed Liaison Counsel for Plaintiffs

Phillip Kim
Laurence M. Rosen
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 34th Floor
New York, New York 10118
Tel: (212) 686-1060
Fax: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com

Proposed Lead Counsel for Plaintiffs

Peretz Bronstein
**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
peretz@bgandg.com

Additional Counsel to Plaintiffs

whafhch55573