# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ASHLEY PIERRELOUIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOGO INC., MICHAEL J. SMALL, OAKLEIGH THORNE, NORMAN SMAGLEY, BARRY ROWAN, and JOHN WADE,<br><br>Defendants. | Case No.: 1:18-cv-04473<br><br><u>CLASS ACTION</u><br><br>Hon. Jorge L. Alonso<br><br>**DANIEL ROGERS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

Daniel Rogers ("Movant") respectfully moves this Court for an Order (attached hereto as Exhibit A): (a) appointing Movant as lead plaintiff in this action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, and (b) approving Movant's selection of Glancy Prongay & Murray LLP as Lead Counsel and Lawrence Kamin, LLC, as Liaison Counsel for the class.

In support of this Motion, Movant submits a Memorandum of Law and true and correct copies of the following exhibits:

Exhibit A: The [Proposed] Order

Exhibit B: Press release published June 27, 2018, on *Business Wire* announcing the pendency of the securities class action against defendants herein: *Pierrelouis v. Gogo Inc. et al*, Case No. 1:18-cv-04473;

Exhibit C: Signed Certification of Movant;

Exhibit D: Table of Movant's calculated losses, as a result of transactions in Gogo Inc. securities;

Exhibit E: Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit F: Firm résumé of Lawrence Kamin, LLC.

Dated: August 27, 2018

Respectfully submitted,

*/s/ Mitchell B. Goldberg*

**LAWRENCE KAMIN, LLC**
Mitchell B. Goldberg
John S. Monical
Peter E. Cooper
Marielise Fraioli
300 S. Wacker Drive, Suite 500
Chicago, IL 60606
Telephone: (312) 372-1947
Email: mgoldberg@lawrencekaminlaw.com

MOTION
1

jmonical@lawrencekaminlaw.com
pcooper@lawrencekaminlaw.com
mfraioli@lawrencekaminlaw.com

*[Proposed] Liaison Counsel for Movant and the Class*

– and –

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*[Proposed] Lead Counsel for Movant and the Class*