UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASHLEY PIERRELOUIS, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>GOGO INC., MICHAEL J. SMALL, OAKLEIGH THORNE, NORMAN SMAGLEY, BARRY ROWAN, and JOHN WADE,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 1:18-cv-04473<br><br>CLASS ACTION<br><br>Hon. Jorge L. Alonso |

## ORDER APPOINTING MARIA ZINGAS AND DANIEL ROGERS AS LEAD PLAINTIFFS AND APPROVAL OF THEIR SELECTION OF COUNSEL

Having considered the motion of Maria Zingas for Appointment as Lead Plaintiff and Approval of Selection of Counsel, Daniel .Rogers' Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel, the Joint Response of Daniel Rogers and Maria Zingas Regarding Motions for Appointment as Lead Plaintiffs and Approval of Co-Lead Counsel, the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and for good cause shown, the Court hereby ORDERS as follows:

I.     APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL

    1.     Maria Zingas and Daniel Rogers (the "Movants") have respectively moved this Court to be appointed as Lead Plaintiff in the above-captioned action (the "Action") and to approve the counsel they each retained to be Lead Counsel.

2. Movants are the only class members still actively seeking appointment as lead plaintiff. After filing their respective motions, Movants have agreed to serve as co-lead plaintiffs in the Action as to avert further delay and/or expense associated with unnecessary litigation at this stage of the proceedings.

3. Having considered the provisions of Section 21D(a)(3)(B) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), the Court hereby determines that Movants are the most adequate plaintiff and satisfies the requirements of the PSLRA. The Court hereby appoints Movants as the Lead Plaintiffs to represent the interests of the class.

4. Pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), Movants have selected and retained the law firms of Levi & Korsinsky, LLP and Glancy Prongay & Murray LLP to serve as Co-Lead Counsel and Ditommaso Lubin Austermuehle, P.C. to serve as Liaison Counsel. The Court approves Movants' selection of Co-Lead Counsel and Liaison Counsel.

5. Co-Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Co-Lead Counsel shall designate:

    a. to coordinate the briefing and argument of any and all motions;

    b. to coordinate the conduct of any and all discovery proceedings;

    c. to coordinate the examination of any and all witnesses in depositions;

    d. to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

    e. to call meetings of the plaintiffs' counsel as he deems necessary and appropriate from time to time;

    f. to coordinate all settlement negotiations with counsel for defendants;

      g.    to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required;

      h.    to coordinate the preparation and filings of all pleadings; and

      i.    to supervise all other matters concerning the prosecution or resolution of the claims asserted in the Action.

    6.    No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Co-Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of the Co-Lead Counsel.

    7.    Service upon any plaintiff of all pleadings, motions, or other papers in the Action, except those specifically addressed to a plaintiff other than Co-Lead Plaintiff, shall be completed upon service of Co-Lead Counsel.

    8.    Co-Lead Counsel shall be the contact between plaintiff's counsel and defendants' counsel, as well as the spokespersons for all plaintiff's counsel, and shall direct and coordinate the activities of plaintiff's counsel. Co-Lead Counsel shall be the contact between the Court and plaintiff and his counsel.

## II. NEWLY FILED OR TRANSFERRED ACTIONS

    9.    When a case that arises out of the subject matter of this action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

      a.    file a copy of this Order in the separate file for such action;

      b.    mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

      c.    make the appropriate entry on the docket for this action.

10. Each new case that arises out of the subject matter of the action that is filed in this Court or transferred to this Court shall be consolidated with the Action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, file an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

### III. FILING OF AMENDED PLEADINGS

11. Lead Plaintiffs shall file an amended complaint with sixty (60) days after the entry of this order appointing Movants as Lead Plaintiffs and approving their selection of counsel.

ENTERED:

10/10/18                                _____
                                           JORGE L. ALONSO
                                           UNITED STATES DISTRICT JUDGE