# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ASHLEY PIERRELOUIS, Individually and On Behalf of All Others Similarly Situated, ) ) ) | |
| ) | No. 18-cv-04473 |
| Plaintiff, ) | |
| v. ) | Hon. Jorge L. Alonso |
| ) | |
| GOGO INC., MICHAEL J. SMALL, NORMAN SMAGLEY, BARRY ROWAN, and JOHN WADE, ) ) ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF MOTION

TO:  *Counsel of Record*

PLEASE TAKE NOTICE that on Wednesday, February 12, 2020, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Jorge L. Alonso or any Judge sitting in his stead, in Courtroom 1219 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present ***Defendants' Unopposed Motion for Leave to File Brief in Excess of The Page Limit***, a copy of which was filed electronically and is available through the Court's system.

Dated: February 5, 2020

Respectfully submitted,

GOGO INC., MICHAEL J. SMALL, NORMAN SMAGLEY, BARRY ROWAN, AND JOHN WADE

By: /s/ *Andrew G. May*
    One of Their Attorneys

Jonathan S. Quinn
Andrew G. May
**NEAL, GERBER & EISENBERG LLP**
Two North LaSalle Street, Suite 1700
Chicago, Illinois 60602
Telephone: (312) 269-8000
jquinn@nge.com
amay@nge.com

-and-

Jerome S. Fortinsky (*pro hac vice*)
Brian H. Polovoy (*pro hac vice*)
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
jfortinsky@shearman.com
bpolovoy@shearman.com

*Attorneys for Defendants Gogo Inc., Michael J. Small, Norman Smagley, Barry Rowan and John Wade*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he caused a copy of the foregoing *Notice of Motion* to be electronically filed using the CM/ECF system, which will send notice of this electronic filing to all counsel of record receiving electronic notification on February 5, 2020.

*/s/ Andrew G. May*
Andrew G. May
