# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ASHLEY PIERRELOUIS, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GOGO INC., MICHAEL J. SMALL, OAKLEIGH THORNE, NORMAN SMAGLEY, BARRY ROWAN, and JOHN WADE,<br><br>    Defendants. | Case No. 18-cv-04473<br><br>Hon. Jorge L. Alonso |

## JOINT STATUS REPORT

Pursuant to the Third Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY signed by Chief Judge Rebecca R. Pallmeyer on April 24, 2020 [Dkt. 86], the parties respectfully submit the following joint status report.

Defendants filed a Motion to Dismiss the Second Amended Complaint on February 21, 2020, which is presently pending. [Dkt. 80-82.] Plaintiffs' opposition to the motion to dismiss is due on July 6, 2020. Prior to or in lieu of filing opposition, Plaintiffs will be filing a motion for leave to amend the Second Amended Complaint to incorporate additional information obtained in the course of their ongoing investigation. Plaintiffs' motion will include a copy of the proposed Third Amended Complaint along with a redline version. Defendants intend to oppose the motion for leave to amend. The parties will coordinate a briefing schedule at that time and submit it to the Court for its consideration in advance of the presentment date. The parties have not engaged in any discovery to date because discovery and all other proceedings are stayed in accordance with

the mandatory stay provision of the Private Securities Litigation Reform Act of 1995. 15 U.S. Code § 78u–4(b)(3)(B). There have been no settlement discussions.

In light of the pendency of Defendants' motion to dismiss, and the mandatory discovery stay currently in effect, the parties respectfully submit that there are no additional matters to be scheduled during the next 45 days. The parties are not seeking any action from the Court by agreement, and there are no time-sensitive, urgent matters that might necessitate a telephonic hearing at this time.

Dated: May 18, 2020               Respectfully submitted,

**LUBIN AUSTERMUEHLE**           **NEAL, GERBER & EISENBERG LLP**

/s/ Peter S. Lubin               /s/ Andrew G. May
Peter S. Lubin                   Jonathan S. Quinn
360 West Butterfield Road, Suite 325   Andrew G. May
Elmhurst, IL 60126               Two North LaSalle Street, Suite 1700
Telephone: 630-333-0002          Chicago, IL 60602
Peter@L-A.law                    Telephone: 312-269-8000
                                 jquinn@nge.com
*Liaison Counsel for Lead Plaintiffs*   amay@nge.com

-and-                            -and-

**LEVI & KORSINSKY, LLP**        **SHEARMAN & STERLING LLP**
Nicholas I. Porritt              Jerome S. Fortinsky (*pro hac vice*)
Adam M. Apton (*pro hac vice*)   Brian H. Polovoy (*pro hac vice*)
1101 30th Street NW, Suite 115   599 Lexington Avenue
Washington, DC 20007             New York, NY 10022-6069
Telephone: 202-524-4290          Telephone: 212-848-4000
nporritt@zlk.com                 jfortinsky@shearman.com
aapton@zlk.com                   bpolovoy@shearman.com

-and-

**GLANCY PRONGAY & MURRAY LLP**  *Counsel for Defendants Gogo Inc.,*
Robert V. Prongay                *Michael J. Small, Oakleigh Thorne,*
Casey Sadler (*pro hac vice*)    *Norman Smagley, Barry Rowan and John*
1925 Century Park East, Suite 2100   *Wade*
Los Angeles, CA 90067
Telephone: (310) 201-9150

rprongay@glancylaw.com
csadler@glancylaw.com

*Counsel for Co-Lead Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing **JOINT STATUS REPORT** to be served on all counsel of record by filing the same via the CM/ECF electronic filing system on May 18. 2020, which will send electronic notice to all parties of record.

Date: May 18, 2020 */s/ Andrew G. May*
Andrew G. May