**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ASHLEY PIERRELOUIS, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 18-cv-04473 |
| v. | Hon. Jorge L. Alonso |
| GOGO INC., MICHAEL J. SMALL, OAKLEIGH THORNE, NORMAN SMAGLEY, BARRY ROWAN, and JOHN WADE, | |
| Defendants. | |

**PLAINTIFFS' CORRECTED UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR LEAVE TO AMEND**

Defendants filed a Motion to Dismiss the Second Amended Complaint on February 21, 2020, which is presently pending. [Dkt. 80-82.] Plaintiffs' opposition to the motion to dismiss is due on July 6, 2020. As previously stated in the Joint Status Report dated May 18, 2020 [Dkt. No. 87], Plaintiffs will be filing a motion for leave to amend the Second Amended Complaint, which Defendants intend to oppose. Plaintiffs respectfully request that they have until July 17, 2020 to file their forthcoming motion for leave to amend. Defendants do not oppose Plaintiffs' request to further adjourn their July 6, 2020 deadline to July 17, 2020.

Dated: July 1, 2020

Respectfully submitted,

**LUBIN AUSTERMUEHLE**

/s/ Peter S. Lubin
Peter S. Lubin
360 West Butterfield Road, Suite 325
Elmhurst, IL 60126
Telephone: 630-333-0002

Peter@L-A.law

*Liaison Counsel for Lead Plaintiffs*

-and-

**LEVI & KORSINSKY, LLP**
Nicholas I. Porritt
Adam M. Apton (*pro hac vice*)
1101 30th Street NW, Suite 115
Washington, DC 20007
Telephone: 202-524-4290
nporritt@zlk.com
aapton@zlk.com

-and-

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Casey Sadler (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
rprongay@glancylaw.com
csadler@glancylaw.com

*Counsel for Co-Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing **CORRECTED MOTION FOR EXTENSION OF TIME** to be served on all counsel of record by filing the same via the CM/ECF electronic filing system on July 1, 2020, which will send electronic notice to all parties of record.

Date: July 1, 2020 */s/ Peter Lubin*
Peter Lubin

30597854.2