# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ashley Pierrelouis, et al.
                          Plaintiff,

v.
                                                  Case No.: 1:18–cv–04473
                                                  Honorable Jorge L. Alonso

Gogo Inc., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 31, 2020:

      MINUTE entry before the Honorable Jorge L. Alonso: Defendants' unopposed motion to enter an agreed briefing schedule and for leave to file briefs in excess of the page limit [102] is granted. Defendants' motion to dismiss shall be filed by 9/21/20. Lead Plaintiff's response to Defendants' motion to dismiss shall be filed by 11/20/20. Defendants' reply in support of its motion to dismiss shall be filed by 12/21/20. Notice mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.