UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Ashley Pierrelouis, et al.
         Plaintiff,

v.                  Case No.: 1:18−cv−04473
                 Honorable Jorge L. Alonso

Gogo Inc., et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 12, 2021:

   MINUTE entry before the Honorable M. David Weisman: Magistrate Status hearing held. Parties advised the Court that they would like to engage in a private mediation that is currently scheduled for 9/30/21 and if the case is not resolved through private mediation they will proceed forward with discovery. A joint status report shall be file by 10/8/21 to report on status of the private mediation and if the case is not resolved a proposed schedule for discovery. Status hearing set for 10/14/21 at 9:15 a.m. prior to proceeding forward with discovery. Parties shall dial in using the Court's conference call−in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.