# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ASHLEY PIERRELOUIS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOGO, INC., MICHAEL J. SMALL, NORMAN SMAGLEY, BARRY ROWAN, and JOHN WADE,<br><br>Defendants. | Case No. 1:18-cv-04473<br><br>Assigned to: Honorable Jorge L. Alonso<br>Referred to: Honorable M. David Weisman |

## JOINT STATUS REPORT

Lead Plaintiff Daniel Rogers ("Plaintiff") and Defendants Gogo Inc. ("Gogo"), Michael J. Small, Norman Smagley, Barry Rowan, and John Wade ("Defendants" and, collectively with Plaintiff, the "Parties"), by and through their undersigned counsel and pursuant to the Court's August 12, 2021 Order [Dkt. 134] and the Parties' Joint Status Report filed on October 8, 2021 [Dkt. 139], respectfully submit this Status Report and state as follows.

1. The Parties participated in a private mediation on September 30, 2021.

2. After continued negotiations, the Parties agreed to the principal terms of a settlement of the action, subject to definitive documentation and Court approval.

3. The Parties will endeavor to finalize the appropriate settlement documentation and move the Court for preliminary approval of the settlement within forty-five (45) days.

4. The Parties request that the status conference scheduled for October 14, 2021 be vacated.

1

Dated: October 12, 2021                                  Respectfully submitted,

| | |
|---|---|
| **GLANCY PRONGAY & MURRAY LLP** | **NEAL, GERBER & EISENBERG LLP** |
| */s/ Casey Sadler* | */s/ Andrew G. May* |
| Casey Sadler (*pro hac vice*) | Jonathan S. Quinn |
| Natalie S. Pang (*pro hac vice*) | Andrew G. May |
| 1925 Century Park East, Suite 2100 | Two North LaSalle Street |
| Los Angeles, CA 90067 | Chicago, IL 60602 |
| (310) 201-9150 | (312) 269-8000 |
| **LEVI & KORSINSKY, LLP** | **SHEARMAN & STERLING LLP** |
| Nicholas I. Porritt | Jerome S. Fortinsky (*pro hac vice*) |
| Adam M. Apton (*pro hac vice*) | 599 Lexington Avenue |
| 1101 30th Street NW, Suite 115 | New York, NY 10022 |
| Washington, DC 20007 | (212) 848-4000 |
| (292) 524-4290 | |
| | *Counsel for Defendants* |
| *Counsel for Lead Plaintiff and Co-Lead Counsel for the Class* | |

**LUBIN AUSTERMUEHLE**
Peter S. Lubin
360 West Butterfield Road, Suite 325
Elmhurst, IL 60126
(630) 333-0002

*Liaison Counsel for Lead Plaintiff*

**LABATON SUCHAROW LLP**
James W. Johnson
Irina Vasilchenko (*pro hac vice*)
David J. Schwartz (*pro hac vice* forthcoming)
James T. Christie (*pro hac vice*)
140 Broadway
New York, NY 10005
(212) 907-0700

*Additional Counsel for the Class*