**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Ashley Pierrelouis, et al.
Plaintiff,
v.
Case No.: 1:18−cv−04473
Honorable Jorge L. Alonso
Gogo Inc., et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 14, 2021:

MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Parties appeared telephonically. Parties reported that they are finalizing the settlement documentation resulting from private mediation and do not need assistance from this Court in resolving these issues. The parties will move the District Court for preliminary approval of the settlement. All matters relating to the referral of this case have been resolved, this matter is returned to the District Judge. Referral terminated. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.