**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ASHLEY PIERRELOUIS, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>v.<br><br>GOGO INC., MICHAEL J. SMALL, OAKLEIGH THORNE, NORMAN SMAGLEY, BARRY ROWAN, and JOHN WADE,<br><br>               Defendants. | Civil Action No. 18-cv-04473<br><br>Honorable Jorge L. Alonzo |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR: (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF NOTICE OF SETTLEMENT**

790280.1

Court-appointed lead plaintiff Daniel Rogers hereby respectfully moves the Court for an Order: (i) preliminarily approving the proposed settlement with Defendants Gogo Inc., Michael J. Small, Oakleigh Thorne, Norman Smagley, Barry Rowan, and John Wade; (ii) certifying a settlement class; (iii) approving the form and method for giving notice to members of the settlement class as provided in the Stipulation and Agreement of Settlement dated April 12, 2022 ("Stipulation"); and (iv) scheduling a final approval hearing for a date at the Court's convenience. Defendants do not oppose the relief requested by this motion.

This motion is based upon the present Motion, the Stipulation, the supporting Memorandum of Law, the Declaration of Casey E. Sadler, the [Proposed] Order submitted concurrently herewith, and all pleadings, records and papers on file herein.

Dated: April 14, 2022

Respectfully Submitted,

**LUBIN AUSTERMUEHLE**

By: */s/ Peter S. Lubin*
Peter S. Lubin
17W220 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
(630) 333-0002
Email: Peter@L-A.law

*Liaison Counsel for Lead Plaintiff and the Settlement Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton (admitted *pro hac vice*) 1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Email: aapton@zlk.com

-and-

**GLANCY PRONGAY & MURRAY LLP**
Casey E. Sadler (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
Email: info@glancylaw.com

*Lead Counsel for Lead Plaintiff and the Settlement Class*

**LABATON SUCHAROW LLP**
James W. Johnson
Thomas W. Watson (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Email: jjohnson@labaton.com
Email: twatson@labaton.com

*Additional Counsel for the Settlement Class*

2