# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ASHLEY PIERRELOUIS, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>GOGO INC., MICHAEL J. SMALL, NORMAN SMAGLEY, BARRY ROWAN, and JOHN WADE,<br><br>        Defendants. | Civil Action No. 1:18-cv-04473<br><br>Honorable Jorge L. Alonso<br><br>**Hearing Date: August 30, 2022**<br>**Time: 11:00 a.m.** |

## LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION

Court-appointed Lead Plaintiff Daniel Rogers ("Lead Plaintiff"), by and through Lead Counsel, Glancy Prongay & Murray LLP and Levi & Korsinsky, LLP, hereby respectfully moves the Court for an Order: (i) granting final approval of the Settlement[1] in the above-captioned action; and (ii) approving the proposed Plan of Allocation for distribution of the Settlement Fund. Defendants do not oppose the relief requested by this Motion.

The grounds in support of this Motion are set forth fully in the concurrently-filed Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and the Declaration of Casey E. Sadler in Support of (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and the exhibits attached thereto. Proposed orders will be submitted with Lead Plaintiff's reply papers, after the deadline for filing an objection has passed.

Dated: July 26, 2022	Respectfully Submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Casey E. Sadler*
Robert V. Prongay
Casey E. Sadler
Natalie S. Pang
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150

-and-

**LEVI & KORSINSKY, LLP**
Nicholas I. Porritt
Adam M. Apton
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated April 12, 2022 (ECF No. 150-1).

1

*Counsel for Lead Plaintiff
and Co-Lead Counsel for the Settlement Class*

**LABATON SUCHAROW LLP**
James W. Johnson
Irina Vasilchenko
David J. Schwartz
James T. Christie
140 Broadway
New York, NY 10005
Tel: (212) 907-0700

*Additional Counsel for the Settlement Class*

**LUBIN AUSTERMUEHLE**
Peter S. Lubin
360 West Butterfield Road, Suite 325
Elmhurst, IL 60126
(630) 333-0002
Email: Peter@L-A.law

*Liaison Counsel for Lead Plaintiff*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 26, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants.

<u>*s/ Casey E. Sadler*</u>
Casey E. Sadler