**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ASHLEY PIERRELOUIS, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>v.<br><br>GOGO INC., MICHAEL J. SMALL, NORMAN SMAGLEY, BARRY ROWAN, and JOHN WADE,<br><br>            Defendants. | Civil Action No. 1:18-cv-04473<br><br>Honorable Jorge L. Alonso<br><br>**Hearing Date: August 30, 2022<br>Time: 11:00 a.m.** |

**LEAD COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES AND
REIMBURSEMENT OF LITIGATION EXPENSES**

Court-appointed Lead Counsel, Glancy Prongay & Murray LLP and Levi & Korsinsky, LLP (collectively, "Lead Counsel"), hereby respectfully move the Court for an Order: (i) awarding attorneys' fees to Plaintiff's Counsel; and (ii) reimbursing Plaintiff's Counsel's Litigation Expenses.[1] Defendants take no position on the relief requested by this Motion.

The grounds in support of this Motion are set forth fully in the concurrently-filed Memorandum of Law in Support of Lead Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and the Declaration of Casey E. Sadler in Support of (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and the exhibits attached thereto. A proposed order will be submitted with Lead Counsel's reply papers, after the deadline for filing an objection has passed.

Dated: July 26, 2022

Respectfully Submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Casey E. Sadler*
Robert V. Prongay
Casey E. Sadler
Natalie S. Pang
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150

-and-

**LEVI & KORSINSKY, LLP**
Nicholas I. Porritt
Adam M. Apton
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290

*Counsel for Lead Plaintiff
and Co-Lead Counsel for the Settlement Class*

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated April 12, 2022 (ECF No. 150-1).

1

**LABATON SUCHAROW LLP**
James W. Johnson
Irina Vasilchenko
David J. Schwartz
James T. Christie
140 Broadway
New York, NY 10005
Tel: (212) 907-0700

*Additional Counsel for the Settlement Class*

**LUBIN AUSTERMUEHLE**
Peter S. Lubin
360 West Butterfield Road, Suite 325
Elmhurst, IL 60126
(630) 333-0002
Email: Peter@L-A.law

*Liaison Counsel for Lead Plaintiff*

3

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on July 26, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants.

<i>s/ Casey E. Sadler</i><br>
Casey E. Sadler